# United States District Court
## Southern District of Georgia

GREGORY BURNELL GOODSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-185

BROOKE BENTON, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 28, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's Complaint without prejudice. This case stands closed.

Approved by: _____

| | | |
|---|---|---|
| March 17, 2020 |  | Scott L. Poff |
| *Date* | | *Clerk* |
| | | Pam Hammock |
| | | *(By) Deputy Clerk* |